UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| ALLEN KELSO §<br>§<br>**Plaintiff** §<br>§<br>VS. §<br>§<br>JCHL PROPERTIES, LLC §<br>§<br>**Defendant** § | **CIVIL ACTION NO. 2:22-cv-00024-Z** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, ALLEN KELSO Plaintiff and JCHL PROPERTIES, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), requests dismissal of all claims against Defendant in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   May 23, 2022        FOR ALLEN KELSO, Plaintiff

BY:   */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(956) 599-2596 - Fax
Texas State Bar ID No. 19823800

Federal Bar ID 13098

DATED: May 23, 2022        FOR JCHL PROPERTIES, LLC

Defendant

BY:     */s/ Rhett J. Hubbard*
Rhett J. Hubbard
FARRIS PARKER & HUBBARD
PO Box 9620
Amarillo, Texas 79105-9620
(806) 374-5317 - office
(806) 372-2107 – fax
Email: rhubbard@pf-lawfirm.com